# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD SHANE STOKES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2652 |
| | § | |
| BANK OF AMERICA, N.A. and | § | |
| PENNYMAC LOAN SERVICES, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the court's order signed September 23, 2019 (Dkt. 27), defendants' motion for summary judgment (Dkt. 16) is **GRANTED** and judgment is entered in favor of defendants.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 23, 2019.

_____
Gray H. Miller
Senior United States District Judge